UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUAN LaFONTA and DEAUDREA HORNE | * | CIVIL ACTION No.2:22-cv-1191 |
| Plaintiffs | * | |
| | * | |
| VERSUS | * | JUDGE: IVAN L. R. LEMELLE |
| | * | |
| EBONY WILLIAMS, ABC INSURANCE COMPANY, USAA CASULATY INSURANCE COMPANY AND GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY | * | MAGISTRATE: JANIS VAN MEERVELD |
| Defendants | * | |

**************************************

## FIRST AMENDED PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel comes, Petitioners Juan Lafonta and Deaudrea Horne who pursuant to Rule 15 (a) of the Federal Rules of Civil Procedure, submit their First Amended Petition for Damages herein in the following regards:

**1**.

By amending paragraph 1 to read as follows:

**1.**

Made defendants herein are the following:

a. **EBONY WILLIAMS**, a person of full age of majority, resident and domiciled in the State of Texas, owner of vehicle involved in the incident

b. **STATE FARM MUTUAL AUTOMOTIVE INSURANCE COMPANY**, a domestic/ foreign insurance company authorized, admitted and doing business in the State of Louisiana, which maintains a liability policy of insurance on the 2017 Grey

4

Nissan Sentra, Texas License Plate NKK1942, registered to defendant EBONY WILLIAMS.

c. USAA CASUALTY INSURANCE COMPANY AND GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY are a foreign insurance companies, authorized, admitted and doing business in the state of Louisiana, which maintained a liability policy of insurance on Juan Lafonta and his vehicle, to satisfy " No Pay, No Play" provision of Louisiana law and maintained a policy of underinsured and uninsured policy for the benefit of Juan Lafonta policy number 038727780. Because the insurances are liability and underinsured and uninsured insurers to Mr. Lafonta, they by operation of law adopt in domiciliary status, meaning that they are each Louisiana citizens for purposes of this litigation.

**3.**

By amending Paragraph 8 to read as follows:

**8**.

Upon information and belief, it is alleged that at all times material hereto STATE FARM AUTOMOTIVE MUTUAL INSURANCE COMPANY, maintain a policy of insurance that provided coverage for a 2017 Grey Nissan Sentra, Texas License Plate NKK 1942 registered to Defendant EBONY WILLIAMS, on the date of the incident, which said liability policy provided coverage for the types of loss alleged herein, thus rendering STATE FARM AUTOMOTIVE MUTUAL INSURANCE COMPANY liable unto the Petitioners for the tortious acts of the defendant EBONY WILLIAMS.

**4.**

By amending the prayer for relief to read as follows:

**WHEREFORE**, Petitioners respectfully prays that:

1. The defendants be duly cited and served with copy of this Petition for Damages and Jury Order;

2. After all proceedings are hand there be judgement in favor of the Petitioner and against the defendants, **EBONY WILLIAMS, STATE FARM MUTUAL AUTOMOTIVE INSURANCE COMPANY, USAA INSURANCE COMPANY AND GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY** in amounts that are reasonable including past, present, and future physical pain and suffering; past, present and future mental pain and suffering; past, present and future permanent disability; medical expenses; loss of consortium; and property damage, together with legal interest thereon from date of judicial demand, until paid and for cost of these proceedings;

3. Petitioners further prays for a trial by jury.

Respectfully submitted,
/s/ *Celeste Brustowicz*
Celeste Brustowicz (LA#16835)
COOPER LAW FIRM
1525 Religious Street
New Orleans, LA 70130
Telephone: (504) 399-0009
Facsimile: (504) 309-6989
Email: cbustowicz@clfnola.com

AND

Juan Lafonta ( LA#27541)
JUAN LAFONTA & ASSOCIATES
6305 Elysian Fields Ave. Ste 207
New Orleans, LA 70122
Telephone: (504) 288-4911
Facsimile: (504) 283-3303
Email: jlafonta@lafontalaw.com

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing has been served upon all parties contemporaneously with this filing with the court as follows:

EBONY WILLIAMS
First Amended Petition
**VIA SUMMONS**
1251 Wilcrest Drive, # 145
Houston, TX 77042

STATE FARM MUTUAL AUTOMOTIVE INSURANCE COMPANY
Original and First Amended Petition
**VIA SUMMONS TO ITS REGISTERED AGENT**
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809


USAA CASUALTY INSURANCE COMPANY
First Amended Petition
Through its counsel of record
Emily E Ross
Pipes Miles Beckman, LLC
1100 Poydras Street, Suite 1800
New Orleans, LA 70163